# United States Court of Appeals

### For the Eighth Circuit

_____

No. 18-1164

_____

Courtney Bernard Clark

*Plaintiff - Appellant*

v.

Commissioner Tom Roy; Nanette Larson; Dr. Derek J. Schmidt; Centurion of
Minnesota; Dr. Stephen Craane; Kathy Reid; David Reishus; Katherine Powers

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: December 2, 2019
Filed: December 5, 2019
[Unpublished]

_____

Before GRUENDER, WOLLMAN, and KOBES, Circuit Judges.

_____

PER CURIAM.

Minnesota inmate Courtney Clark appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record and the parties' arguments on appeal, see Marsh v. Phelps Cty., 902 F.3d 745, 751 (8th Cir. 2018) (de novo review of grant of summary judgment), we find no basis for reversal.

Accordingly, we affirm the judgment. See 8th Cir. R. 47B. We also deny Clark's appellate motions.

———————————————————

[1]The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Hildy Bowbeer, United States Magistrate Judge for the District of Minnesota.